UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN A. PINO, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:15-1172 |
| v. | : | (MANNION, D.J.) |
| | | (CARLSON, M.J.) |
| MICHAEL CAREY, et al., | : | |
| Defendants | : | |

## ORDER

As set forth in the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Magistrate Judge Carlson's report and recommendation is **ADOPTED** in its entirety;

**(2)** the plaintiff's motion to proceed in forma pauperis, (Doc. 2), is **GRANTED**;

**(3)** the plaintiff's complaint, (Doc. 1), is **DISMISSED** without prejudice, with respect to defendants Hand, Alexander, Letcavage, Aponick, Kyper, and Hamilton for failure to state a claim upon which relief can be granted.

**(4)** the court will remand the matter to Judge Carlson for further case

management related to the plaintiff's July 9, 2015, amended complaint, (Doc. 9), for filing.

                                   s/ *Malachy E. Mannion*
                                   **MALACHY E. MANNION**
                                   **United States District Judge**

**Dated: December 4, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1172-01-ORDER.wpd