# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN A. PINO, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:15-1172 |
| v. | : | (MANNION, D.J.) |
| | | (CARLSON, M.J.) |
| MICHAEL CAREY, et al., | : | |
| Defendants | : | |

## ORDER

As set forth in the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Judge Carlson's report and recommendation, (Doc. 13), is **ADOPTED** in its entirety;

**(2)** the plaintiff's amended complaint, (Doc. 9), is **DISMISSED** with prejudice, with respect to defendants Hand, Alexander, Letcavage, and Aponick for failure to state a claim upon which relief can be granted;

**(3)** the Clerk is directed to **TERMINATE** defendants Hand, Alexander, Letcavage, and Aponick from the action; and

**(4)** the case is **REMANDED** to Judge Carlson for further case

management with respect to the remaining defendants Carey, Allar, and Kyper.

                s/ *Malachy E. Mannion*
                **MALACHY E. MANNION**
                **United States District Judge**

**Dated: January 11, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1172-02-ORDER.wpd