# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

JOHN A. PINO, :

    Plaintiff      :      CIVIL ACTION NO. 3:15-1172

    v.      :      (MANNION, D.J.)
                                        (CARLSON, M.J.)

MICHAEL CAREY, et al., :

    Defendants :

## ORDER

As set forth in the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Judge Carlson's report and recommendation, (Doc. 59), is **ADOPTED** in its entirety;

**(2)** the motion for summary judgment of defendants Allar and Kyper, (Doc. 45), regarding the claims against them raised in the plaintiff's amended complaint, (Doc. 9), is **GRANTED**;

**(3)** the Clerk is directed to enter **JUDGMENT** in favor of defendants Allar and Kyper, and against plaintiff;

**(4)** Judge Carlson's report and recommendation, (Doc. 60), regarding plaintiff's motion to amend his pleading is **ADOPTED** in its entirety;

**(5)** plaintiff's motion for leave to file a second amended complaint, (Doc. 58), is **DENIED**; and

**(6)** the case is **RECOMMITTED** to Judge Carlson for consideration of the summary judgment motion, (Doc. 41), of remaining defendant Carey.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: April 28, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1172-03-ORDER.wpd