# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN A. PINO, | : |
| Plaintiff | : CIVIL ACTION NO. 3:15-1172 |
| v. | : (MANNION, D.J.) |
| | (CARLSON, M.J.) |
| MICHAEL CAREY, et al., | : |
| Defendants | : |

## ORDER

Based on the foregoing memorandum, plaintiff's "MOTION FOR AN EXTENSION OF TIME AND/OR AN ABEYANCE", (Doc. 72), is **DENIED** to the extent that it requests the court to place his case in abeyance. Plaintiff's motion is **GRANTED** to the extent that it seeks a second extension of time to file objections to Judge Carlson's Doc. 69 report. The plaintiff is directed to file his objections on or before **September 18, 2017**. Defendant Carey is directed to file any response to plaintiff's objections on or before **September 25, 2017**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: September 5, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1172-04-Order.wpd