## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN A. PINO, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:15-1172 |
| v. | : | (MANNION, D.J.)<br>(CARLSON, M.J.) |
| MICHAEL CAREY, et al., | : | |
| Defendants | : | |

### ORDER

As set forth in the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Judge Carlson's report and recommendation, (Doc. 69), is **ADOPTED** in its entirety;

**(2)** the motion for summary judgment of defendant Carey, (Doc. 41), regarding the excessive force claim against him raised in the plaintiff's amended complaint, (Doc. 9), is **GRANTED**;

**(3)** plaintiff's objections to Judge Carlson's report, (Doc. 79), are **OVERRULED**;

**(4)** the Clerk is directed to enter **JUDGMENT** in favor of defendant Carey, and against plaintiff Pino; and

**(5)** the Clerk is also directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: December 8, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1172-05-ORDER.wpd